

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00741-CR

The **STATE** of Texas,
Appellant

v.

Perfecto **TREJO-RUBIO**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,802
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, we WITHDRAW our August 12, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Perfecto Trejo-Rubio's request for habeas relief; RENDER judgment denying Trejo-Rubio's habeas application; and REINSTATE the information charging Trejo-Rubio with the misdemeanor offense of criminal trespass.

SIGNED October 15, 2025.

_____
Adrian A. Spears II, Justice